UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIRO DE LEON,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

**ORDER OF DISMISSAL**

26-CV-04531 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 29, 2026, Jairo De Leon ("Plaintiff") commenced the instant action against the United States of America ("Defendant"). (Doc. 1). Since then, there has been no subsequent, substantive action in this case. Indeed, Plaintiff has not sought the issuance of a summons.

On August 28, 2026, the Court issued an Order warning Plaintiff that this action will be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m), unless, on or before September 4, 2026, Plaintiff filed proof of service indicating that Defendant was served on or before August 27, 2026, or showed cause in writing for the failure to comply with Rule 4(m). (Doc. 2).

To date, Plaintiff has failed to respond to the Court's Order. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

The Clerk of Court is instructed to close this case.

SO ORDERED:

Dated: White Plains, New York
September 8, 2026

Philip M. Halpern
United States District Judge